UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:13MC53 RWS ) |
| JAMES S. REHM, | ) ) |
| Respondent. | ) |

## STATUS UPDATE

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Assistant United States Attorney Jane Berman Shaw, and state to the Court as follows:

On January 29, 2013 this Court signed Petitioner's Order to Show Cause in which the Court ordered that the Petition, its Exhibits and the Show Cause Order be personally served upon Respondent on or before February 28, 2013 and that Respondent personally appear before the Court on March 14, 2013 at 10:00 a.m. (the "Show Cause Hearing").

On February 14, 2013 this Court reset the Show Cause Hearing to Friday, March 22, 2013 at 3:00 p.m.

On February 28, 2013 Petitioner filed a Motion for Extension of Time for Service of Process seeking a two-week extension until March 14, 2013 to effectuate service of process on Respondent. As of that date, Revenue Officer Jennifer McCormick had attempted to personally serve Respondent six times. This Court granted Petitioner's Motion for Extension of Time for Service of Process on March 1, 2013.

1

Petitioner retained the services of a private process server who was likewise unable to serve Respondent. The private process server attempted service at four addresses. The private process server attempted service at the 2471 Copper Beech Drive address on three occasions. The private process server indicated that there were no signs of recent activity at that address; however, Respondent appears to receive mail sent to that address because he has responded to items mailed to him at that address by the Court and by the Revenue Officer.

On March 13, 2013, Petitioner filed a Motion to Allow Service by Mail and to Continue Show Cause Hearing, which was granted by this Court on March 19, 2013. The Show Cause Hearing was rescheduled for May 16, 2013 at 1:30 p.m. in Courtroom 16S.

On March 20, 2013, the Petition, Exhibits and Show Cause Order were served upon Respondent by United States Mail by both Certified Mail Return Receipt Requested and First Class Mail. The Certified Mail envelope was received and signed for on March 21, 2013 by an individual who signed the name Cindy Goettelman.

On March 25, 2013, the Clerk of the Court, James G. Woodward, received via U.S. Mail, a large envelope from Respondent. Contained in the envelope was a handwritten note from Respondent to the Clerk of the Court, what appears to be Respondent's birth certificate which has been purportedly assigned to the Secretary of the Treasury, and both envelopes referenced above which were served by mail on Respondent pursuant this this Court's March 19, 2013 Order.

The handwritten note referenced immediately above from Respondent to the Clerk of the Court stated as follows:

> Greetings Jim, Please find the enclosed assignment of security interest. I believe under the rules of the usufruct it is best to "Render unto Caesar the things which are Caesar's." If anything further is required to consummate the usufruct, beyond the intent herein conveyed, kindly let me know? Men and women that I have had the opportunity to meet call me Scott and you are welcome to do the same brother. Warmest regards and may the peace and blessings of the Creator be with you always. S.

On March 26, 2013, Laura Dreon, Management Support Administrator for the Clerk's Office sent the handwritten note, purported birth certificate and summons enforcement pleadings to the undersigned with a cover letter. See Gov. Exh. A.

Prior communication from Respondent:

On February 20, 2013, Respondent also sent a written communication to the Clerk of the Court, James G. Woodward, in which Respondent referred to himself as "James Scott" and not James Scott Rehm, again enclosed a copy of his purported birth certificate, and indicated that he is no longer the "Obligor/Trustee" for the name James S. Rehm. The apparent purpose of this communication was to return official correspondence from the Clerk's Office related to this summons enforcement action. In this communication, Respondent acknowledged his address to be 2471 Copper Beech Dr., Town and Country c/o the nation of Missouri. See also Doc. #4, filed February 22, 2013.

Prior to filing the present action, on January 9, 2013, the undersigned sent a letter to Respondent in which he was provided an additional opportunity to comply with the summons prior to filing the present summons enforcement lawsuit. On January 15, 2013, Respondent returned to the undersigned, via Certified Mail, the January 9, 2013 letter and the original envelope. Taped to the original envelope was a small piece of paper on which was typed: "I believe the enclosed document was inadvertently received and opened by mistake and therefore it is being returned forthwith."

All returned communication from Respondent was sent to the 2471 Copper Beech Dr., St. Louis, MO 63131 address and appeared to have been opened prior to being returned.

The Show Cause Hearing is scheduled for May 16, 2013 at 1:30 p.m.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney


        */s/ Jane Berman Shaw*
        JANE BERMAN SHAW, #41408MO
        Assistant United States Attorney
        111 So. 10th St., 20th Floor
        St. Louis, MO 63102
        (314) 539-7727
        (314) 539-2777 (FAX)
        Jane.Shaw@usdoj.gov


**Certificate of Service**

A copy of the foregoing was sent to Respondent, 2471 Copper Beech Dr., St. Louis, MO 63131 via U.S. First Class Mail and Certified Mail, Return Receipt Requested, on the 2nd day of May, 2013.


        */s/ Jane Berman Shaw*

# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward
Clerk of Court

314-244-7900

March 26, 2013

Ms. Jane Shaw
Assistant United States Attorney
United States Department of Justice
111 South Tenth Street
St. Louis, Mo 63101

RE: Documents returned to Clerk of Court

Dear Ms. Shaw,

On March 25, 2013, the Clerk of Court, James G. Woodward, received, through the U.S. Mail, an envelope addressed to him from a Mr. James Scott marked "private communication". The two envelopes inside the envelope addressed to Mr. Woodward had been sent to Mr. James S. Rehm by your office.

Mr. Rehm had attached to the two envelopes a copy of what appeared to be his birth certificate marked with a fingerprint on back with a printed note. A separate note on yellow paper addressed to "Jim" was also attached to the envelopes.

Mr. Woodward instructed me to return this mailing to you for your attention. If you need further assistance or have any questions, please contact me at the number listed below.

Sincerely,

Laura S. Dreon
Management Support Administrator

314-244-7924

Enclosures


GOVERNMENT EXHIBIT A

Greetings Jin,

Please find the enclosed assignment of security interest. I believe under the rules of usufruct it is best to "Render unto Caesar the things which are Caesar's". If anything further is required to consommate the usufruct, beyond the intent herein conveyed, kindly let me know?

men and women that I have had the opportunity to meet call me Scott and you are welcome to do the same brother.

Warmest regards and may the peace and blessings of the Creator be with you always.

S

## MISSOURI

## BIRTH CERTIFICATION

**DATE FILED:** MAY 15, 1968

**STATE FILE NUMBER:** 124-68-018127

**CHILD'S NAME:** JAMES SCOTT REHM

**DATE OF BIRTH:** FEBRUARY 24, 1968

**COUNTY OF BIRTH:** JACKSON

**SEX:** MALE

**MOTHER'S MAIDEN NAME:** NANCY L HUCK

**MOTHER'S AGE:** 21

**MOTHER'S STATE OF BIRTH:** MISSOURI

**FATHER'S NAME:** JAMES W REHM

**FATHER'S AGE:** 22

**FATHER'S STATE OF BIRTH:** MISSOURI

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: KC HEALTH DEPT

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

**DATE ISSUED:** MAY 9, 2012

*Craig B. Ward*
State Registrar of Vital Statistics

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

twenty-second day of March in the year of our Lord two thousand thirteen, nunc pro tunc

The undersigned security interest holder, JAMES SCOTT REHM, hereby assigns any and all interest in this security instrument to the Secretary of the Treasury, c/o the U.S. Department of the Treasury for the account of the United States "All reversionary interests waived"

** THIS IS A COPY OF THE BACK SIDE OF THE BIRTH CERTIFICATE.



United States Attorneys Office
Eastern District of Missouri
111 S. 10th Street
St. Louis, Missouri 63102
Official Business

7001 2510 0004 8013 7481

U.S. Department of Justice
United States Attorney
Eastern District of Missouri
111 S. 10th Street, 20th Floor
St. Louis, Missouri 63102
Official Business
Penalty for Private Use $300

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

James S. Rehm
2471 Copper Beech Dr.
St. Louis, MO 63131

RETURN OF DOCUMENTS

James Scott
c/o 9441 Copper Beech Dr
Saint Louis, Missouri (63)

U.3 - Private Communication

James G. Woodward, Clerk of Court
c/o St. Louis Eastern Division
Thomas F. Eagleton Courthouse
111 South Tenth Street, Suite 3.300
Saint Louis, Missouri (63102)

RECEIVED
MAR 25 2013
BY MAIL

RE 614 803 295 US








